UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

James T. Burke,              :
          Plaintiff,         :
                             :
          v.                 : File No. 2:09 CV 154
                             :
Andrew Pallito,              :
State of Vermont,            :
          Defendants.        :

ORDER

The Report and Recommendation of the United States
Magistrate Judge was filed February 26, 2010.  After careful
review of the file and the Magistrate Judge's Report and
Recommendation, no objections having been filed by any party,
this Court ADOPTS the Magistrate Judge's recommendations in
full for the reasons stated in the Report.

The defendants' motions to dismiss (Docs. 8 and 11) are
GRANTED.  It is further ordered that plaintiff be allowed 30
days leave to amend his complaint regarding the deprivation of
outside recreational opportunities.  The motion to amend must
comport with Local Rules of Practice 15 and should be filed
within 30 days of the date of this Order.  Failure to file a
timely amended complaint will result in the dismissal of the
case.

Dated at Burlington, in the District of Vermont, this 23rd
day of March, 2010.

                              /s/ William K. Sessions III
                              William K. Sessions III
                              Chief Judge